United States District Court
Southern District of Texas
**ENTERED**
December 12, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GERARDO CASISON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:23-cv-00105 |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court now considers Plaintiff Gerardo Casison's "Unopposed Motion for Nonsuit with Prejudice."[1] Despite the fact that the motion requests relief in a form which is not recognized in federal court, the Court **GRANTS** the motion.

Federal Rule of Civil Procedure ("Rule") 41 describes the methods for dismissal in federal courts and, unlike the Texas Rules of Civil Procedure,[2] Rule 41 does not provide for nonsuit of a case. Rather, Rule 41 provides for dismissal.

Here, the Court interprets Plaintiff's request for nonsuit with prejudice as a request for dismissal with prejudice. Accordingly, the Court hereby **DISMISSES WITH PREJUDICE** Plaintiff's action. The Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 12th day of December 2023.

_____
Micaela Alvarez
Senior United States District Judge

---

[1] Dkt. No. 12.
[2] *See* Tex. R. Civ. P. 162.